Query    Reports    Utilities    Help    What's New    Log Out

CLOSED

# U.S. District Court
## Southern District of Georgia (Savannah)
## CRIMINAL DOCKET FOR CASE #: 4:22-cr-00118-RSB-CLR-1

Case title: USA v. Stubbs                     Date Filed: 08/03/2022

Assigned to: Chief District Judge
R. Stan Baker
Referred to: Magistrate Judge
Christopher L. Ray

## Defendant (1)

**Bryant Montrais Stubbs**          represented by     **Ryan D. Langlois**
217 West York Street
Savannah, GA 31401
912-349-7429
Fax: 912-349-2258
Email:
RdlangloisEsq@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Laura G. Hastay**
Laura G. Hastay Attorney at Law
1348 Eisenhower Dr. #13362
Savannah, GA 31406
912-308-5452
Email: lghastay@gmail.com
*TERMINATED: 08/10/2023*
*Designation: CJA Appointment*

## Pending Counts                          ## Disposition

| | |
|---|---|
| 18 U.S.C. § 875(c) Transmitting a Threat to Injure in Interstate Commerce (1) | TS, 3yrs SR, $100sa |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18 U.S.C. § 875(c) Transmitting a Threat to Injure in Interstate Commerce (2-5) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| **USA** | represented by | **Darron J Hubbard** |
|---|---|---|
| | | DOJ-USAO |
| | | 22 Barnard St |
| | | Suite 500 |
| | | Savannah, GA 31401 |
| | | 912-650-0170 |
| | | Email: darron.hubbard@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |
| | | |
| | | **Jennifer Gayle Solari AUSA** |
| | | U.S. Attorney's Office - Savannah |

P.O. Box 8970
22 Barnard Street, Suite 300
Savannah, GA 31401
912-201-2561
Fax: 912-652-4388
Email: tania.groover@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**David H. Estes**
DOJ-USAO
22 Barnard Street
Suite 300
Savannah, GA 31401
912-652-4422
Fax: 912-652-4326
Email: david.estes@usdoj.gov
*Designation: Retained*

**Patricia Green Rhodes**
U.S. Attorney's Office - Augusta
P.O. Box 2017
Augusta, GA 30903
706-724-0517
Fax: 706-724-7728
Email: patricia.rhodes@usdoj.gov
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/03/2022 | 1 | INDICTMENT as to Bryant Montrais Stubbs (1) count(s) 1-5. (ca) (Additional attachment(s) added on 8/4/2022: # 1 Signature page) (ca). (Entered: 08/04/2022) |
| 08/03/2022 | 2 | PENALTY CERTIFICATION by Government as to Bryant Montrais Stubbs. (ca) (Entered: 08/04/2022) |
| 08/04/2022 | 5 | CJA 23 Financial Affidavit by Bryant Montrais Stubbs. (jrb) (Entered: 08/04/2022) |

| 08/08/2022 | 6 | CJA 20 - TEXT ORDER for Appointment of Attorney as to Bryant Montrais Stubbs: Appointment of Attorney Laura G. Hastay for Bryant Montrais Stubbs. Signed by Magistrate Judge Christopher L. Ray on 8/8/2022. (MD) (Entered: 08/09/2022) |
|---|---|---|
| 08/09/2022 | 7 | Notice to CJA Counsel: CJA Packet attached including Post-Conviction Obligations - CLICK HERE TO READ.. (MD) (Entered: 08/09/2022) |
| 08/09/2022 | 8 | NOTICE OF ATTORNEY APPEARANCE: Laura G. Hastay appearing for Bryant Montrais Stubbs *4:22-CR-118* (Hastay, Laura) (Entered: 08/09/2022) |
| 08/11/2022 | 9 | *******Joint MOTION for Early Production of Documents Pursuant to Fed. R. Crim. P. 17(c) by Jennifer Gayle Solari as to Bryant Montrais Stubbs. Responses due by 8/25/2022. (Attachments: # 1 Exhibit Attachment A, # 2 Exhibit Attachment B) (Solari, Jennifer) (Additional attachment(s) added on 8/11/2022: # 3 Exhibit A (Correct PDF, # 4 Exhibit B (Correct PDF)) (thb). (Entered: 08/11/2022) |
| 08/11/2022 | | MOTIONS as to Bryant Montrais Stubbs REFERRED to Magistrate Judge: 9 Joint MOTION for Early Production of Documents Pursuant to Fed. R. Crim. P. 17(c). (thb) (Entered: 08/11/2022) |
| 08/11/2022 | 10 | TEXT ONLY NOTICE OF HEARING ON MOTION in case as to Bryant Montrais Stubbs 9 MOTION to Produce Documents Pursuant to Fed. R. Crim. P. 17(c) : Motion Hearing set for 8/16/2022 09:00 AM in Savannah District Court 8 Southern Oaks Court, Courtroom Two, Savannah, GA before Magistrate Judge Christopher L. Ray. The Court is aware that the defendant is not in custody and unable to attend and will address that at this hearing. (MD) (Entered: 08/11/2022) |
| 08/16/2022 | 11 | Minute Entry for proceedings held before Magistrate Judge Christopher L. Ray: Motion Hearing as to Bryant Montrais Stubbs held on 8/16/2022 re 9 MOTION to Produce Documents Pursuant to Fed. R. Crim. P. 17(c) filed by USA. IT IS ORDERED THAT parties shall confer and submit a joint plan within 14 days regarding the defendant's mental health treatment and/or competency. If the parties are unable to reach an agreement, Defendant may file a brief within 14 days outlining a mental health treatment and/or competency plan, and the government will have 14 days to respond with their plan. This order is contingent on the defendant remaining |

|  |  |  |
|---|---|---|
|  |  | admitted to the VA for inpatient treatment. Parties shall advise the Court immediately if they are advised that the defendant was released from the VA treatment facility. 9 Joint Motion for Early Production of Documents was TAKEN UNDER ADVISEMENT. (Tape #FTR SAV-CR2.) (MD) (Entered: 08/16/2022) |
| 08/16/2022 | 12 | TEXT ONLY ORDER taking under advisement 9 Joint Motion to Produce as to Bryant Montrais Stubbs (1). Signed by Magistrate Judge Christopher L. Ray on 8/16/2022. (MD) (Entered: 08/16/2022) |
| 08/26/2022 | 14 | TEXT ONLY NOTICE OF HEARING BY ELECTRONIC MEANS as to Bryant Montrais Stubbs. Arraignment and Initial Appearance set for 9/6/2022 11:00 AM in SAV-MagVTC before Magistrate Judge Christopher L. Ray. Parties will be contacted by email with VTC (TEAMS) login instructions. For public access to this hearing, please dial 888-684-8852, enter the call access code: 2846731 and then the hearing security code: 1234.(MD) (Entered: 08/26/2022) |
| 08/26/2022 | 16 | Summons Returned Executed on 8/26/22 as to Bryant Montrais Stubbs (wwp) (Entered: 08/26/2022) |
| 09/01/2022 | 17 | Pretrial Services Report as to Bryant Montrais Stubbs. This report is provided for the purpose of BAIL DETERMINATION ONLY and shall otherwise be confidential pursuant to: 18 USC Section 3153(c) (1). (Attachments: # 1 EDNY Pretrial Services Report) (USPO) (Entered: 09/01/2022) |
| 09/02/2022 | 20 | Sealed Defense Mental Health Competency Plan (Attachments: # 1 Exhibit A, # 2 Exhibit B)(kjm). (Entered: 09/02/2022) |
| 09/06/2022 | 21 | Minute Entry for proceedings held before Magistrate Judge Christopher L. Ray: Initial Appearance, Arraignment and Bond Hearing as to Bryant Montrais Stubbs (1) Count 1-5 held on 9/6/2022. Defendant released on $50,000 unsecured bond and supervision.(Tape #FTR - SAV CR2.) (en) (Entered: 09/06/2022) |
| 09/06/2022 | 22 | SCHEDULING ORDER - Ends of Justice Finding as to Bryant Montrais Stubbs. Upon motion of counsel for the Defendant the Court finds that the ends of justice in granting an extension of time to prepare motions outweigh the best interest of the public and defendant in a speedy trial. Pretrial motions are to be filed within 90 days of the date of the arraignment held on 9/6/2022. The speedy trial clock is tolled during the period of this extension. Motions due |

| | | |
|---|---|---|
| | | by 12/5/2022.Signed by Magistrate Judge Christopher L. Ray on 9/6/2022. (Attachments: # 1 Status Report) (en) (Entered: 09/06/2022) |
| 09/07/2022 | 23 | RESPONSE by USA as to Bryant Montrais Stubbs re 20 Sealed Document (Solari, Jennifer) (Entered: 09/07/2022) |
| 09/07/2022 | 24 | ORDER Setting Conditions of Release. Unsecured Bond in the amount of $50,000. as to Bryant Montrais Stubbs Signed by Magistrate Judge Christopher L. Ray on 9/6/2022. (en) Modified on 9/7/2022 (thb). (Entered: 09/07/2022) |
| 09/07/2022 | 25 | Appearance Bond Entered in the amount of $50,000 (unsecured) as to Bryant Montrais Stubbs. (en) (Entered: 09/07/2022) |
| 09/12/2022 | 26 | CERTIFICATE OF DISCLOSURE by USA as to Bryant Montrais Stubbs (Solari, Jennifer) (Entered: 09/12/2022) |
| 09/23/2022 | 28 | MOTION for Leave of Absence as to Bryant Montrais Stubbs for dates of : Oct. 20 -21, 2022. Responses due by 10/7/2022. (Hastay, Laura) (Entered: 09/23/2022) |
| 09/23/2022 | | MOTIONS as to Bryant Montrais Stubbs REFERRED to Magistrate Judge: 28 MOTION for Leave of Absence as to Bryant Montrais Stubbs for dates of : Oct. 20 -21, 2022. (JH) (Entered: 09/23/2022) |
| 09/27/2022 | 29 | ORDER granting 28 Motion for Leave of Absence requested by Laura G. Hastay, Esquire for dates of October 20 - 21st, 2022, as to Bryant Montrais Stubbs (1). Signed by Magistrate Judge Christopher L. Ray on 9/26/2022. (csr) (Entered: 09/27/2022) |
| 10/07/2022 | | NOTICE OF STANDING ORDER MC122-20 in re The National Emergency Declared on March 13, 2020: Tenth Renewal of the CARES Act Order. The authorizations contained in the Court's March 30, 2020 General Order (MC120-005), and renewed on June 20, 2020 (MC120-014), September 24, 2020 (MC120-021), December 21, 2020 (MC120-029), March 18, 2021 (MC121-10), June 17, 2021 (MC121-23), September 14, 2021 (MC121-27), December 9, 2021 (MC121-35), March 9, 2022 (MC122-8), and June 7, 2022 (MC122-14) are hereby renewed. This authority is effective for ninety days unless otherwise ordered (Click Here to View) (cmr) (Entered: 10/07/2022) |
| 11/04/2022 | 30 | UNOPPOSED MOTION for Competency Evaluation, (Docket Sealed), (Document Sealed) by Jennifer Gayle Solari as to Bryant Montrais Stubbs. REFERRED to Judge Christopher L. Ray.(MD) |

| | | (Entered: 11/04/2022) |
|---|---|---|
| 11/04/2022 | 34 | ORDER as to Bryant Montrais Stubbs re 30 Unopposed Motion for Competency Evaluation. Signed by Magistrate Judge Christopher L. Ray on November 4, 2022. (jrb) Modified on 11/5/2022 to UNSEAL (MD). (Entered: 11/04/2022) |
| 11/05/2022 | 35 | TEXT ONLY Order to Unseal Documents as to Bryant Montrais Stubbs: 34 Order on Unopposed Motion for Competency Exam, and 30 Unopposed Motion for Competency Exam are UNSEALED. Signed by Magistrate Judge Christopher L. Ray on 11/5/2022. (MD) (Entered: 11/05/2022) |
| 11/09/2022 | 36 | MOTION for Leave of Absence as to Bryant Montrais Stubbs for dates of : November 28th -29th, 2022. Responses due by 11/23/2022. (Hastay, Laura) (Entered: 11/09/2022) |
| 11/09/2022 | | MOTIONS as to Bryant Montrais Stubbs REFERRED to Magistrate Judge: 36 MOTION for Leave of Absence as to Bryant Montrais Stubbs for dates of : November 28th -29th, 2022. (cmr) (Entered: 11/09/2022) |
| 11/09/2022 | 38 | ORDER granting 36 Motion for Leave of Absence for attorney Laura Hastay for the dates of November 28th -29th, 2022 as to Bryant Montrais Stubbs (1). Signed by Magistrate Judge Christopher L. Ray on November 9, 2022. (jrb) (Entered: 11/09/2022) |
| 11/21/2022 | 40 | First MOTION for Extension of Time to file motions. Unopposed Motion to Extend Motions Deadline. by Laura G. Hastay as to Bryant Montrais Stubbs. Responses due by 12/5/2022. (Hastay, Laura) (Entered: 11/21/2022) |
| 11/21/2022 | | MOTIONS as to Bryant Montrais Stubbs REFERRED to Magistrate Judge: 40 First MOTION for Extension of Time to file motions. Unopposed Motion to Extend Motions Deadline. (thb) (Entered: 11/21/2022) |
| 11/23/2022 | 41 | ORDER denying without prejudice 40 Motion for Extension of Time to file pretrial motions with leave to refile when and if the issue of his competency has been resolved as to Bryant Montrais Stubbs (1). Signed by Magistrate Judge Christopher L. Ray on 11/22/2022. (jlh) (Entered: 11/23/2022) |
| 12/02/2022 | | NOTICE OF STANDING ORDER MC122-25 in re The National Emergency Declared on March 13, 2020: Eleventh Renewal of the |

| | | |
|---|---|---|
| | | CARES Act Order. The authorizations contained in the Court's March 30, 2020 General Order (MC120-005), and renewed on June 20, 2020 (MC120-014), September 24, 2020 (MC120-021), December 21, 2020 (MC120-029), March 18, 2021 (MC121-10), June 17, 2021 (MC121-23), September 14, 2021 (MC121-27), December 9, 2021 (MC121-35), March 9, 2022 (MC122-8), June 7, 2022 (MC122-14), and September 6, 2022 (MC122-20) are hereby renewed. This authority is effective for ninety days unless otherwise ordered (Click Here to View). Signed by Chief Judge J. Randal Hall on 12/2/2022. (kjm) (Entered: 12/21/2022) |
| 12/04/2022 | 42 | MOTION for Leave of Absence as to Bryant Montrais Stubbs for dates of : Dec. 20th, 2022 & Dec. 29th, 2022 - Jan. 3rd. 2023. Responses due by 12/18/2022. (Hastay, Laura) (Entered: 12/04/2022) |
| 12/05/2022 | | MOTIONS as to Bryant Montrais Stubbs REFERRED to Magistrate Judge: 42 MOTION for Leave of Absence as to Bryant Montrais Stubbs for dates of : Dec. 20th, 2022 & Dec. 29th, 2022 - Jan. 3rd. 2023. (thb) (Entered: 12/05/2022) |
| 12/05/2022 | 43 | ORDER granting defense counsel's 42 Motion for Leave of Absence for dates: December 20, 2022, and December 29, 2022 - January 3, 2023, as to Bryant Montrais Stubbs (1). Signed by Magistrate Judge Christopher L. Ray on 12/5/2022. (ca) (Entered: 12/05/2022) |
| 12/06/2022 | 44 | First MOTION Interim Payment Unopposed by Laura G. Hastay as to Bryant Montrais Stubbs. Responses due by 12/20/2022. (Hastay, Laura) (Entered: 12/06/2022) |
| 01/05/2023 | 45 | MOTION for Leave of Absence as to Bryant Montrais Stubbs for dates of : February 23 - 24th, 2023 & April 20th - 25th, 2023. Responses due by 1/19/2023. (Hastay, Laura) (Entered: 01/05/2023) |
| 01/05/2023 | | MOTIONS as to Bryant Montrais Stubbs REFERRED to Magistrate Judge: 45 MOTION for Leave of Absence as to Bryant Montrais Stubbs for dates of : February 23 - 24th, 2023 & April 20th - 25th, 2023. (thb) (Entered: 01/05/2023) |
| 01/05/2023 | 46 | ORDER granting 45 Motion for Leave of Absence for Attorney Laura Hastay as to Bryant Montrais Stubbs (1) for the following periods: February 23 - 24, 2023, and April 20 - 25, 2023. Signed by Magistrate Judge Christopher L. Ray on 01/05/2023. (jlh) (Entered: 01/05/2023) |

| 01/11/2023 | 47 | Letter from Bureau of Prisons advising that the defendant arrived in Miami on 11/28/2022 and his report will be completed on 2/8/2023. (MD) (Entered: 01/11/2023) |
| 02/21/2023 | 48 | NOTICE *of Stipulation regarding competency evaluation* by Bryant Montrais Stubbs (Hastay, Laura) (Entered: 02/21/2023) |
| 02/22/2023 | 49 | Psychiatric Report Received (Sealed) as to Bryant Montrais Stubbs. (pts) (Entered: 02/22/2023) |
| 02/23/2023 | 50 | REPORT AND RECOMMENDATION of the U.S. Magistrate Judge that the defendant be committed to the custody of the Attorney General, who should be DIRECTED to hospitalize the defendant for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the revocation proceedings to proceed as to Bryant Montrais Stubbs. Objections to R&R due by 3/9/2023. Signed by Magistrate Judge Christopher L. Ray on 2/23/23. (loh) (Entered: 02/23/2023) |
| 03/06/2023 | 51 | ORDER granting 44 Motion for Interim Payment as to Bryant Montrais Stubbs (1). Signed by District Judge R. Stan Baker on 3/6/2023. (maa) (Entered: 03/06/2023) |
| 03/08/2023 |  | NOTICE OF STANDING ORDER MC123-007 in re The National Emergency Declared on March 13, 2020: Twelfth Renewal of the CARES Act Order. The authorizations contained in the Court's March 30, 2020 General Order (MC120-005), and renewed on June 20, 2020 (MC120-014), September 24, 2020 (MC120-021), December 21, 2020 (MC120-029), March 18, 2021 (MC121-10), June 17, 2021 (MC121-23), September 14, 2021 (MC121-27), December 9, 2021 (MC121-35), March 9, 2022 (MC122-8), June 7, 2022 (MC122-14), September 6, 2022 (MC122-20), and December 2, 2022 (MC122-025) are hereby renewed. This authority is effective for ninety days unless otherwise ordered (Click Here to View)Signed by Chief Judge J. Randal Hall on March 2, 2023. (jrb) (Entered: 03/08/2023) |
| 03/13/2023 | 53 | First MOTION for Leave of Absence as to USA for dates of : 03/27/2023-03/30/2023, 04/04/2023 AND 04/05/2023-04/07/2023 by on behalf of USA. Responses due by 3/27/2023. (Solari, Jennifer) (Entered: 03/13/2023) |

| 03/13/2023 | | MOTIONS as to Bryant Montrais Stubbs REFERRED to Magistrate Judge: 53 First MOTION for Leave of Absence as to USA for dates of: 03/27/2023-03/30/2023, 04/04/2023 AND 04/05/2023-04/07/2023. (csr) (Entered: 03/13/2023) |
| 03/14/2023 | 54 | ORDER granting re 53 Motion for Leave of Absence for the dates of March 27, 2023 through and including March 30, 2023 and April 5, 2023, through and including April 7, 2023 as to Bryant Montrais Stubbs. Signed by Magistrate Judge Christopher L. Ray on 3/13/23. (loh) (Entered: 03/14/2023) |
| 03/20/2023 | 55 | ORDER ADOPTING REPORT AND RECOMMENDATIONS of the U.S. Magistrate Judge as the opinion of this Court, as to Bryant Montrais Stubbs. The Court finds by a preponderance of the evidence that Defendant Bryant Montrais Stubbs is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Signed by District Judge R. Stan Baker on March 20, 2023. (jrb) (Entered: 03/20/2023) |
| 04/19/2023 | 56 | MOTION for Leave of Absence as to USA for dates of : July 20, 2023 through and including August 5, 2023 by on behalf of USA. Responses due by 5/3/2023. (Attachments: # 1 Proposed Order) (Hubbard, Darron) (Entered: 04/19/2023) |
| 04/19/2023 | | MOTIONS as to Bryant Montrais Stubbs REFERRED to Magistrate Judge: 56 MOTION for Leave of Absence as to USA for dates of: July 20, 2023 through and including August 5, 2023. (csr) (Entered: 04/19/2023) |
| 04/20/2023 | 57 | ORDER granting 56 Motion for Leave of Absence for attorney Darron Hubbard for the dates of July 20, 2023, through and including August 5, 2023 as to Bryant Montrais Stubbs (1). Signed by Magistrate Judge Christopher L. Ray on 4/20/23. (wwp) (Entered: 04/20/2023) |
| 04/25/2023 | 58 | MOTION for Leave of Absence as to USA for dates of : 6/5/2023-6/8/2023 and 6/12/2023-6/15/2023 by on behalf of USA. Responses due by 5/9/2023. (Attachments: # 1 Text of Proposed Order)(Solari, Jennifer) (Entered: 04/25/2023) |
| 04/26/2023 | | MOTIONS as to Bryant Montrais Stubbs REFERRED to Magistrate Judge: 58 MOTION for Leave of Absence as to USA for dates of : |

| | | |
|---|---|---|
| | | 6/5/2023-6/8/2023 and 6/12/2023-6/15/2023. (thb) (Entered: 04/26/2023) |
| 04/26/2023 | 59 | ORDER granting re 58 Motion for Leave of Absence for the dates of June 5, 2023, through and including June 8, 2023; and June 12th, through and including June 15, 2023 as to Bryant Montrais Stubbs. Signed by Magistrate Judge Christopher L. Ray on 4/26/23. (loh) (Entered: 04/26/2023) |
| 06/02/2023 | 60 | ORDER as to Bryant Montrais Stubbs regarding correspondence mailed to the Court. The Clerk is DIRECTED to docket this Order and return the correspondence to the sender along with a copy of this Order. The Clerk is further DIRECTED to send a copy of the correspondence and this Order to defendants counsel. To the extent that the correspondence includes any request(s) that might be raised by a properly filed motion, any such request is DENIED. Signed by Magistrate Judge Christopher L. Ray on 6/2/2023. Copy of Order and correspondence sent to defense counsel and defendant. (MD) (Entered: 06/02/2023) |
| 06/06/2023 | 62 | MOTION for Leave of Absence as to Bryant Montrais Stubbs for dates of : July 21st, Aug 11th, Aug 14th -18th, Aug 21st -23rd, 2023. Responses due by 6/20/2023. (Hastay, Laura) (Entered: 06/06/2023) |
| 06/06/2023 | | MOTIONS as to Bryant Montrais Stubbs REFERRED to Magistrate Judge: 62 MOTION for Leave of Absence as to Bryant Montrais Stubbs for dates of: July 21st, Aug 11th, Aug 14th -18th, Aug 21st -23rd, 2023. (csr) (Entered: 06/06/2023) |
| 06/07/2023 | 63 | ORDER granting 62 Motion for Leave of Absence for attorney Laura Hastay for July 21st, 2023, August 11th, 2023, August 14th - 18th, 2023, and August 21st - 23rd, 2023 as to Bryant Montrais Stubbs (1). Signed by Magistrate Judge Christopher L. Ray on 6/6/23. (wwp) Modified on 6/7/2023 (wwp). Modified on 6/7/2023 (csr). (Entered: 06/07/2023) |
| 07/07/2023 | 65 | MOTION to Withdraw as Attorney by Laura G Hastay. by Laura G. Hastay as to Bryant Montrais Stubbs. Responses due by 7/21/2023. (Attachments: # 1 SEALED Exhibit June 21, 2023 letter to client of intent to withdrawl)(Hastay, Laura) Modified on 7/17/2023 (MD). (Entered: 07/07/2023) |

| 07/07/2023 | | MOTIONS as to Bryant Montrais Stubbs REFERRED to Magistrate Judge: 65 MOTION to Withdraw as Attorney by Laura G Hastay. (csr) (Entered: 07/07/2023) |
| 07/10/2023 | 67 | ORDER as to Bryant Montrais Stubbs regarding correspondence mailed to the Court. The Clerk is DIRECTED to docket this Order and return the correspondence (or a copy if the original has not been retained) to the sender along with a copy of this Order. The Clerk is further DIRECTED to send a copy of the correspondence and this Order to defendants counsel. To the extent that the correspondence includes any request(s) that might be raised by a properly filed motion, any such request is DENIED.Signed by Magistrate Judge Christopher L. Ray on 7/10/2023. (MD) (Entered: 07/10/2023) |
| 07/10/2023 | 68 | ORDER as to Bryant Montrais Stubbs re 66 Notice (Other), Exparte filed by Bryant Montrais Stubbs. The Clerk is DIRECTED to docket this Order and return the correspondence filed at doc. 66 (or a copy if the original has not been retained) to the sender along with a copy of this Order. The Clerk is further DIRECTED to send a copy of the correspondence and this Order to defendants counsel. To the extent that the correspondence includes any request(s) that might be raised by a properly filed motion, any such request is DENIED. Signed by Magistrate Judge Christopher L. Ray on 7/10/2023. (MD) (Entered: 07/10/2023) |
| 07/12/2023 | 69 | MOTION to Seal Document , *Exhibits* by Laura G. Hastay as to Bryant Montrais Stubbs. Responses due by 7/26/2023. (Hastay, Laura) (Entered: 07/12/2023) |
| 07/13/2023 | | MOTIONS as to Bryant Montrais Stubbs REFERRED to Magistrate Judge: 69 MOTION to Seal Document , *Exhibits*. (MD) (Entered: 07/13/2023) |
| 07/17/2023 | 70 | ORDER granting 69 Motion to Seal Document [65-1] Exhibit as to Bryant Montrais Stubbs signed by Magistrate Judge Christopher L. Ray on 7/15/2023. (MD) (Entered: 07/17/2023) |
| 07/21/2023 | 71 | ORDER as to Bryant Montrais Stubbs: The Clerk is directed to return the correspondence received from Mr. Stubbs. The Clerk is further directed to send a copy of this Order and the correspondence to defendant's counsel. To the extent the correspondence includes any request(s) that might be raised by a properly filed motion, such request is DENIED, and the Court will take no further action based on the correspondence. Signed by Magistrate Judge Christopher L. |

| | | Ray on 7/21/2023. (kjm) (Entered: 07/21/2023) |
|---|---|---|
| 08/04/2023 | 72 | TEXT ONLY NOTICE OF HEARING ON MOTION in case as to Bryant Montrais Stubbs <u>65</u> MOTION to Withdraw as Attorney by Laura G Hastay. Motion Hearing set for 8/9/2023 09:00 AM in Savannah District Court 8 Southern Oaks Court, Courtroom Two, Savannah, GA before Magistrate Judge Christopher L. Ray. (MD) (Entered: 08/04/2023) |
| 08/09/2023 | <u>73</u> | Minute Entry for proceedings held before Magistrate Judge Christopher L. Ray: Motion Hearing as to Bryant Montrais Stubbs held on 8/9/2023 re <u>65</u> MOTION to Withdraw as Attorney by Laura G Hastay. filed by Bryant Montrais Stubbs. The Court made an inquiry to the government regarding the status of the defendant's transport for treatment as ordered by District Judge R. Stan Baker (doc. <u>55</u> ). AUSA Hubbard advised the Court that he inquired with the Bureau of Prisons and the government's projection is that the defendant will be transported to an appropriate facility in January, 2024.<br><br>The Court GRANTED the Motion to Withdraw as Counsel (doc. 65) and advised Counsel that her representation of the defendant would terminate upon appointment of replacement counsel.<br><br>(Tape #FTR - SAV CR2 - SEALED 9:11-9:21 am.) (MD) (Entered: 08/09/2023) |
| 08/09/2023 | 74 | TEXT ONLY ORDER granting <u>65</u> Motion to Withdraw as Attorney as to Bryant Montrais Stubbs. Counsel will be terminated upon appointment of replacement counsel. Signed by Magistrate Judge Christopher L. Ray on 8/9/2023. (MD) (Entered: 08/09/2023) |
| 08/10/2023 | 75 | CJA 20 - TEXT ORDER for Appointment of Attorney as to Bryant Montrais Stubbs: Appointment of Attorney Ryan D. Langlois for Bryant Montrais Stubbs signed by Magistrate Judge Christopher L. Ray on 8/10/2023. (MD) (Entered: 08/10/2023) |
| 08/10/2023 | 76 | TEXT ONLY Order Terminating Attorney in case as to Bryant Montrais Stubbs; representation by attorney Laura G. Hastay terminated. Signed by Magistrate Judge Christopher L. Ray on 8/10/2023. (MD) (Entered: 08/10/2023) |
| 08/10/2023 | 77 | Notice to CJA Counsel: CJA Packet attached including Post-Conviction Obligations - <u>CLICK HERE TO READ.</u> (csr) (Entered: |

| | | 08/10/2023) |
|---|---|---|
| 08/14/2023 | 78 | NOTICE OF ATTORNEY APPEARANCE: Ryan D. Langlois appearing for Bryant Montrais Stubbs (Langlois, Ryan) (Entered: 08/14/2023) |
| 08/14/2023 | 79 | **\*WITHDRAWN\*** MOTION for Discovery by Ryan D. Langlois as to Bryant Montrais Stubbs. Responses due by 8/28/2023. (Langlois, Ryan) Modified on 7/22/2024 (MD). (Entered: 08/14/2023) |
| 08/14/2023 | 80 | MOTION for Leave of Absence as to Bryant Montrais Stubbs for dates of : August 30, 2023 through and including September 6, 2023. Responses due by 8/28/2023. (Langlois, Ryan) (Entered: 08/14/2023) |
| 08/14/2023 | | MOTIONS as to Bryant Montrais Stubbs REFERRED to Magistrate Judge: 80 MOTION for Leave of Absence as to Bryant Montrais Stubbs for dates of: August 30, 2023 through and including September 6, 2023. (csr) (Entered: 08/14/2023) |
| 08/15/2023 | | MOTIONS as to Bryant Montrais Stubbs REFERRED to Magistrate Judge: 79 MOTION for Discovery. (csr) (Entered: 08/15/2023) |
| 08/15/2023 | 82 | ORDER granting re 80 Motion for Leave of Absence for the dates of August 30, 2023 through and including September 6, 2023 as to Bryant Montrais Stubbs. Signed by Magistrate Judge Christopher L. Ray on 8/14/23. (loh) (Entered: 08/15/2023) |
| 08/18/2023 | 83 | ORDER as to Bryant Montrais Stubbs: The Clerk is DIRECTED to docket this Order and return the correspondence (or a copy if the original has not been retained) to the sender along with a copy of this Order. The Clerk is further DIRECTED to send a copy of the correspondence and this Order to defendant's counsel. To the extent that the correspondence includes any request(s) that might be raised by a properly filed motion, any such request is DENIED. Signed by Magistrate Judge Christopher L. Ray on 8/18/2023. (MD) (Entered: 08/18/2023) |
| 08/21/2023 | 84 | ORDER as to Bryant Montrais Stubbs. The Clerk is DIRECTED to docket this Order and return the correspondence (or a copy if the original has not been retained) to the sender along with a copy of this Order. The Clerk is further DIRECTED to send a copy of the correspondence and this Order to defendant's counsel. To the extent that the correspondence includes any request(s) that might be raised by a properly filed motion, any such request is DENIED. Signed by |

| | | |
|---|---|---|
| | | Magistrate Judge Christopher L. Ray on 8/21/2023. (MD) (Entered: 08/21/2023) |
| 08/24/2023 | <u>85</u> | ORDER as to Bryant Montrais Stubbs. The Clerk is DIRECTED to docket this Order and return the correspondence (or a copy if the original has not been retained) to the sender along with a copy of this Order. The Clerk is further DIRECTED to send a copy of the correspondence and this Order to defendant's counsel. To the extent that the correspondence includes any request(s) that might be raised by a properly filed motion, any such request is DENIED. Signed by Magistrate Judge Christopher L. Ray on 8/24/2023. (MD) (Entered: 08/24/2023) |
| 09/05/2023 | <u>86</u> | ORDER as to Bryant Montrais Stubbs. The Clerk is DIRECTED to docket this Order and return the correspondence (or a copy if the original has not been retained) to the sender along with a copy of this Order. The Clerk is further DIRECTED to send a copy of the correspondence and this Order to defendant's counsel. To the extent that the correspondence includes any request(s) that might be raised by a properly filed motion, any such request is DENIED. Signed by Magistrate Judge Christopher L. Ray on 9/5/2023. (MD) (Entered: 09/05/2023) |
| 09/13/2023 | <u>87</u> | MOTION for Leave of Absence as to Bryant Montrais Stubbs for dates of : October 5th, 2023 through and including October 9th, 2023; and October 24th, 2023 through and including October 27th, 2023.. Responses due by 9/27/2023. (Langlois, Ryan) (Entered: 09/13/2023) |
| 09/13/2023 | | MOTIONS as to Bryant Montrais Stubbs REFERRED to Magistrate Judge: <u>87</u> MOTION for Leave of Absence as to Bryant Montrais Stubbs for dates of: October 5th, 2023 through and including October 9th, 2023; and October 24th, 2023 through and including October 27th, 2023. (csr) (Entered: 09/13/2023) |
| 09/14/2023 | <u>88</u> | ORDER granting <u>87</u> Motion for Leave of Absence as to Bryant Montrais Stubbs (1). Leave is granted for Ryan D. Langlois for the periods 10/5/2023-10/9/2023 and 10/24/2023-10/27/2023. Signed by Magistrate Judge Christopher L. Ray on 9/13/2023. (gmh) (Entered: 09/14/2023) |
| 09/15/2023 | <u>89</u> | ORDER as to Bryant Montrais Stubbs. The Clerk is DIRECTED to docket this Order and return the correspondence (or a copy if the original has not been retained) to the sender along with a copy of |

| | | |
|---|---|---|
| | | this Order. The Clerk is further DIRECTED to send a copy of the correspondence and this Order to defendant's counsel. To the extent that the correspondence includes any request(s) that might be raised by a properly filed motion, any such request is DENIED. Signed by Magistrate Judge Christopher L. Ray on 9/15/2023. (MD) (Entered: 09/15/2023) |
| 09/26/2023 | 93 | ORDER as to Bryant Montrais Stubbs. The Clerk is DIRECTED to docket this Order and return the correspondence (or a copy if the original has not been retained) to the sender along with a copy of this Order. The Clerk is further DIRECTED to send a copy of the correspondence and this Order to defendant's counsel. To the extent that the correspondence includes any request(s) that might be raised by a properly filed motion, any such request is DENIED. Signed by Magistrate Judge Christopher L. Ray on 9/26/2023. (MD) (Entered: 09/26/2023) |
| 11/20/2023 | 94 | MOTION to Dismiss *Indictment and Release Defendant* by Ryan D. Langlois as to Bryant Montrais Stubbs. Responses due by 12/4/2023. (Langlois, Ryan) (Entered: 11/20/2023) |
| 12/04/2023 | 95 | MOTION to Seal *Governments Response to Defendants Motion to Dismiss Indictment and Release the Defendant* by Darron J Hubbard as to Bryant Montrais Stubbs. Responses due by 12/18/2023. (Attachments: # 1 Text of Proposed Order)(Hubbard, Darron) (Entered: 12/04/2023) |
| 12/05/2023 | | MOTIONS as to Bryant Montrais Stubbs REFERRED to Magistrate Judge: 95 MOTION to Seal *Governments Response to Defendants Motion to Dismiss Indictment and Release the Defendant* (thb) (Entered: 12/05/2023) |
| 12/05/2023 | 96 | ORDER granting 95 Motion to Seal Government's Response to Defendants Motion to Dismiss Indictment and Release the Defendant as to Bryant Montrais Stubbs (1). Signed by Magistrate Judge Christopher L. Ray on 12/5/2023. (kjm) (Entered: 12/05/2023) |
| 12/05/2023 | 97 | RESPONSE in Opposition to 94 MOTION to Dismiss *Indictment and Release Defendant* by USA as to Bryant Montrais Stubbs (Document Sealed). (Attachments: # 1 Exhibit 1)(kjm) (Entered: 12/05/2023) |

| 12/08/2023 | 98 | MOTION to Seal *Defendant's Reply to Government's Response* by Ryan D. Langlois as to Bryant Montrais Stubbs. Responses due by 12/22/2023. (Langlois, Ryan) (Entered: 12/08/2023) |
| 12/08/2023 | | MOTIONS as to Bryant Montrais Stubbs REFERRED to Magistrate Judge: 98 MOTION to Seal *Defendant's Reply to Government's Response* (thb) (Entered: 12/08/2023) |
| 12/11/2023 | 101 | REPLY TO RESPONSE to 94 MOTION to Dismiss *Indictment and Release Defendant* by Bryant Montrais Stubbs, (Document Sealed). (kjm) (Entered: 12/11/2023) |
| 02/02/2024 | 102 | Notice of Standing Order regarding cases pending before District Judge R. Stan Baker. This Order is effective as of February 1, 2024. Click Here to View. (pmh) (Entered: 02/02/2024) |
| 02/12/2024 | 103 | RESPONSE to Motion by USA as to Bryant Montrais Stubbs re 94 MOTION to Dismiss *Indictment and Release Defendant* (Hubbard, Darron) (Entered: 02/12/2024) |
| 02/26/2024 | 104 | MOTION for Leave of Absence as to USA for dates of : April 19, 2024 to April 30, 2024 by on behalf of USA. Responses due by 3/11/2024. (Hubbard, Darron) (Entered: 02/26/2024) |
| 02/26/2024 | | MOTIONS as to Bryant Montrais Stubbs REFERRED to Magistrate Judge: 104 MOTION for Leave of Absence as to USA for dates of : April 19, 2024 to April 30, 2024 (thb) (Entered: 02/26/2024) |
| 02/26/2024 | 105 | ORDER granting re 104 Motion for Leave of Absence for the dates of April 19, 2024 to April 30, 2024 as to Bryant Montrais Stubbs. Signed by Magistrate Judge Christopher L. Ray on 2/26/24. (loh) (Entered: 02/26/2024) |
| 05/15/2024 | 107 | Forensic Evaluation (Psychiatric Report) as to Bryant Montrais Stubbs. (Attachments: # 1 Certificate of Restoration of Competency) (pmh) (Entered: 05/15/2024) |
| 06/13/2024 | 108 | MOTION for Leave of Absence as to Bryant Montrais Stubbs for dates of : July 5th, 2024 through and including July 8th, 2024.. Responses due by 6/27/2024. (Langlois, Ryan) (Entered: 06/13/2024) |
| 06/13/2024 | | MOTIONS as to Bryant Montrais Stubbs REFERRED to Magistrate Judge: 108 MOTION for Leave of Absence as to Bryant Montrais Stubbs for dates of: July 5th, 2024 through and including July 8th, 2024. (csr) (Entered: 06/13/2024) |

| | | |
|---|---|---|
| 06/14/2024 | 109 | ORDER granting re 108 Motion for Leave of Absence for the dates of July 5th, 2024 through and including July 8th, 2024 as to Bryant Montrais Stubbs. Signed by Magistrate Judge Christopher L. Ray on 6/13/24. (loh) (Entered: 06/14/2024) |
| 06/17/2024 | 110 | MOTION for Leave of Absence as to USA for dates of : October 28, 2024 - November 8, 2024 by on behalf of USA. Responses due by 7/1/2024. (Attachments: # 1 Text of Proposed Order)(Hubbard, Darron) (Entered: 06/17/2024) |
| 06/17/2024 | | MOTIONS as to Bryant Montrais Stubbs REFERRED to Magistrate Judge: 110 MOTION for Leave of Absence as to USA for dates of : October 28, 2024 - November 8, 2024 (cmr) (Entered: 06/17/2024) |
| 06/18/2024 | 111 | ORDER granting re 110 Motion for Leave of Absence for the dates of October 28, 2024 through and including November 8, 2024 as to Bryant Montrais Stubbs. Signed by Magistrate Judge Christopher L. Ray on 6/18/24. (loh) (Entered: 06/18/2024) |
| 07/05/2024 | 112 | NOTICE *of Stipulation Regarding Competency* by USA re 107 Psychiatric Report (Hubbard, Darron) (Entered: 07/05/2024) |
| 07/09/2024 | 113 | NOTICE OF PLEA AGREEMENT by USA as to Bryant Montrais Stubbs (Hubbard, Darron) (Entered: 07/09/2024) |
| 07/10/2024 | 114 | REPORT AND RECOMMENDATION of the U.S. Magistrate Judge that Stubbs should be found competent to stand trial pursuant to 18 U.S.C. § 4241 as to Bryant Montrais Stubbs. Objections to R&R due by 7/24/2024. Signed by Magistrate Judge Christopher L. Ray on 7/10/24. (loh) Modified on 7/10/2024 (loh). (Entered: 07/10/2024) |
| 07/16/2024 | | NOTICE OF HEARING as to Bryant Montrais Stubbs. The Change of Plea Hearing is set for 8/8/2024 03:00 PM in Courtroom One, 8 Southern Oaks Court, Savannah, GA, before Chief Judge R. Stan Baker. (pmh) (Entered: 07/16/2024) |
| 07/19/2024 | 115 | MOTION to Withdraw Document 79 MOTION for Discovery by Ryan D. Langlois as to Bryant Montrais Stubbs. Responses due by 8/2/2024. (Langlois, Ryan) (Entered: 07/19/2024) |
| 07/19/2024 | | MOTIONS as to Bryant Montrais Stubbs REFERRED to Magistrate Judge: 115 MOTION to Withdraw Document 79 MOTION for Discovery (thb) (Entered: 07/19/2024) |

| 07/22/2024 | 116 | TEXT ONLY ORDER granting 115 Motion to Withdraw 79 Motion for Discovery as to Bryant Montrais Stubbs; and granting 9 Motion to Produce as to Bryant Montrais Stubbs. Signed by Magistrate Judge Christopher L. Ray on 7/22/2024. (MD) (Entered: 07/22/2024) |
| --- | --- | --- |
| 07/30/2024 | 117 | ORDER ADOPTING 114 REPORT AND RECOMMENDATION as the Court's opinion. It is the Judgment of the Court that Defendant Bryant Montrais Stubbs is found competent to stand trial pursuant to 18 U.S.C. § 4241. Signed by Chief District Judge R. Stan Baker on 7/30/2024. (gmh) (Entered: 07/30/2024) |
| 08/08/2024 | 118 | Minute Entry for proceedings held before Chief District Judge R. Stan Baker: Change of Plea Hearing as to Bryant Montrais Stubbs held on 8/8/2024. (Court Reporter Kelly McKee.) (Southern Oaks CR1.) (pmh) (Entered: 08/09/2024) |
| 08/08/2024 | 119 | CHANGE OF PLEA entered by Bryant Montrais Stubbs (1) Guilty Count 1. (maa) (Entered: 08/09/2024) |
| 08/08/2024 | | Plea Agreement Accepted as to Bryant Montrais Stubbs. (maa) (Entered: 08/09/2024) |
| 08/08/2024 | | ORAL ORDER directing the preparation of the Presentence Investigation Report as to Bryant Montrais Stubbs. The Court hereby ORDERS that the United States Probation Office shall file the Initial Presentence Investigation Report Disclosure on or before October 10, 2024. Counsel will only receive Presentence Investigation Reports electronically via CM/ECF and will not receive a paper copy of any report. The Court ORDERS counsel and the parties to maintain the confidentiality of the Presentence Investigation Report and any objections and addendums thereto. The Presentence Investigation Report and any objections and addendums thereto should only be disclosed to and reviewed by Defendant, counsel for Defendant (to include any investigator, expert or other assistant hired by counsel), the United States Attorney's Office, the United States Probation Office, and the Court. If Defendant is detained, defense counsel may print a copy of the Presentence Investigation Report and any addendums thereto to review with Defendant. However, counsel shall not leave a copy of the Presentence Investigation Report and any addendums thereto with a detained defendant. Should counsel desire to leave the Presentence Investigation Report or a portion thereof with a detained defendant, |

counsel must file a motion with the Court. The Court ORDERS counsel for each party to state in writing within 14 days after receiving the Initial Presentence Investigation Report, and file on the record in a restricted manner any objections to the Report, including objections to material information, sentencing guideline ranges, and policy statements contained in or omitted from the Report. If any party has no such objections, the party shall file a written statement of no objections on the record in a restricted manner within 14 days of receiving the Initial Report. **To be clear, within 14 days of receiving the Initial Report, counsel must state in writing and file on the record in a restricted manner whether the party has objections or does not have objections to the Report.** Counsel shall file any sentencing memorandums, victim impact statements, letters, and similar sentencing materials on or before November 15, 2024. It is further ORDERED that all sentencing materials including memorandums, motions, and other documents may be filed on the record in a restricted manner in which only counsel for the Defendant, the United States, and the Court have access to the materials. This Court will hold a Sentencing Hearing in this case on November 21, 2024. Entered by Chief District Judge R. Stan Baker on August 8, 2024. (pmh)

NOTICE TO COUNSEL: Important Information regarding the Presentence Investigation Report and filing requirements. CLICK HERE TO READ.

This information can also be accessed on the Court's website under the "Forms" tab and is labeled "Judge Baker - Instructions and Forms." re 32 MOTION to Show Cause re Revocation of Pre-Trial Release filed by USA, 37 MOTION to Show Cause re Revocation of Pre-Trial Release (Entered: 08/09/2024)

| | |
|---|---|
| 08/08/2024 | ORAL ORDER OF DETENTION as to Bryant Montrais Stubbs. Pursuant to 18 U.S.C. § 3143(a), the Court hereby ORDERS that Defendant shall remain detained while awaiting imposition of sentence. Defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons serving sentences or held in custody pending appeal. Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of the Court or on request of an attorney |

| | | for the Government, the person in charge of the corrections facility must deliver Defendant to the United States Marshal for a court appearance. Entered by Chief District Judge R. Stan Baker on August 8, 2024. (pmh) (Entered: 08/09/2024) |
|---|---|---|
| 08/08/2024 | | ORAL ORDER directing the preparation of the Presentence Investigation Report as to Bryant Montrais Stubbs. The Court hereby ORDERS that the United States Probation Office shall file the Initial Presentence Investigation Report Disclosure on or before October 10, 2024. Counsel will only receive Presentence Investigation Reports electronically via CM/ECF and will not receive a paper copy of any report. The Court ORDERS counsel and the parties to maintain the confidentiality of the Presentence Investigation Report and any objections and addendums thereto. The Presentence Investigation Report and any objections and addendums thereto should only be disclosed to and reviewed by Defendant, counsel for Defendant (to include any investigator, expert or other assistant hired by counsel), the United States Attorney's Office, the United States Probation Office, and the Court. If Defendant is detained, defense counsel may print a copy of the Presentence Investigation Report and any addendums thereto to review with Defendant. However, counsel shall not leave a copy of the Presentence Investigation Report and any addendums thereto with a detained defendant. Should counsel desire to leave the Presentence Investigation Report or a portion thereof with a detained defendant, counsel must file a motion with the Court. The Court ORDERS counsel for each party to state in writing within 14 days after receiving the Initial Presentence Investigation Report, and file on the record in a restricted manner any objections to the Report, including objections to material information, sentencing guideline ranges, and policy statements contained in or omitted from the Report. If any party has no such objections, the party shall file a written statement of no objections on the record in a restricted manner within 14 days of receiving the Initial Report. **To be clear, within 14 days of receiving the Initial Report, counsel must state in writing and file on the record in a restricted manner whether the party has objections or does not have objections to the Report.** Counsel shall file any sentencing memorandums, victim impact statements, letters, and similar sentencing materials on or before November 15, 2024. It is further ORDERED that all sentencing materials including memorandums, motions, and other documents may be filed on the |

| | | |
|---|---|---|
| | | record in a restricted manner in which only counsel for the Defendant, the United States, and the Court have access to the materials. This Court will hold a Sentencing Hearing in this case on November 21, 2024. Entered by Chief District Judge R. Stan Baker on August 8, 2024. (pmh)<br><br>NOTICE TO COUNSEL: Important Information regarding the Presentence Investigation Report and filing requirements. <u>CLICK HERE TO READ</u>.<br><br>This information can also be accessed on the Court's website under the "Forms" tab and is labeled "Judge Baker - Instructions and Forms." (Entered: 11/01/2024) |
| 08/08/2024 | | ORAL ORDER OF CONTINUED DETENTION as to Bryant Montrais Stubbs. Pursuant to 18 U.S.C. § 3143(a), the Court hereby ORDERS that Defendant shall remain detained while awaiting imposition of sentence. Defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons serving sentences or held in custody pending appeal. Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of the Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver Defendant to the United States Marshal for a court appearance. Entered by Chief District Judge R. Stan Baker on August 8, 2024. (pmh) (Entered: 11/01/2024) |
| 08/09/2024 | <u>120</u> | PLEA AGREEMENT as to Bryant Montrais Stubbs. (Attachments: # <u>1</u> Order Accepting Plea Agreement)(maa) (Entered: 08/09/2024) |
| 08/09/2024 | | NOTICE OF HEARING as to Bryant Montrais Stubbs. Sentencing is set for 11/21/2024 10:00 AM in Courtroom One, 8 Southern Oaks Court, Savannah, GA, before Chief Judge R. Stan Baker. (pmh)<br><br>NOTICE TO COUNSEL: Important Information regarding the Presentence Investigation Report and filing requirements. <u>CLICK HERE TO READ</u>. This information can also be accessed on the Court's website under the "Forms" tab and is labeled "Judge Baker - Instructions and Forms." (Entered: 08/09/2024) |
| 09/18/2024 | <u>121</u> | MOTION for Leave of Absence as to Bryant Montrais Stubbs for dates of : October 24, 2024 through and including October 27, |

| | | |
|---|---|---|
| | | 2024.. Responses due by 10/2/2024. (Langlois, Ryan) (Entered: 09/18/2024) |
| 09/18/2024 | | MOTIONS as to Bryant Montrais Stubbs REFERRED to Magistrate Judge: 121 MOTION for Leave of Absence as to Bryant Montrais Stubbs for dates of : October 24, 2024 through and including October 27, 2024. (thb) (Entered: 09/18/2024) |
| 09/19/2024 | 122 | ORDER granting 121 Motion for Leave of Absence for Attorney Ryan Langlois as to Bryant Montrais Stubbs (1) for the following dates: October 24 through and including October 27, 2024. Signed by Magistrate Judge Christopher L. Ray on 09/19/2024. (jlh) (Entered: 09/19/2024) |
| 10/08/2024 | 123 | Initial Presentence Investigation Report as to Bryant Montrais Stubbs (USPO) (Entered: 10/08/2024) |
| 10/21/2024 | 124 | NO OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Ryan D. Langlois as to Bryant Montrais Stubbs (Langlois, Ryan) (Entered: 10/21/2024) |
| 10/22/2024 | 125 | NO OBJECTION TO PRESENTENCE INVESTIGATION REPORT by USA as to Bryant Montrais Stubbs (Hubbard, Darron) (Entered: 10/22/2024) |
| 11/01/2024 | | NOTICE OF HEARING as to Bryant Montrais Stubbs. Sentencing is set for 11/21/2024 10:00 AM in Courtroom One, 8 Southern Oaks Court, Savannah, GA, before Chief Judge R. Stan Baker. (pmh) <br><br> NOTICE TO COUNSEL: Important Information regarding the Presentence Investigation Report and filing requirements. CLICK HERE TO READ. This information can also be accessed on the Court's website under the "Forms" tab and is labeled "Judge Baker - Instructions and Forms." (Entered: 11/01/2024) |
| 11/08/2024 | 126 | Final Presentence Investigation Report as to Bryant Montrais Stubbs (USPO) (Entered: 11/08/2024) |
| 11/13/2024 | | Reset Hearing as to Bryant Montrais Stubbs: The Sentencing that is set for 11/21/2024 10:00 AM is RESET for 11/20/2024 10:00 AM in Courtroom One, 8 Southern Oaks Court, Savannah, GA, before Chief Judge R. Stan Baker. (pmh) <br><br> NOTICE TO COUNSEL: Important Information regarding the Presentence Investigation Report and filing requirements. CLICK |

| | | |
|---|---|---|
| | | <u>HERE TO READ</u>. This information can also be accessed on the Court's website under the "Forms" tab and is labeled "Judge Baker - Instructions and Forms." (Entered: 11/13/2024) |
| 11/20/2024 | <u>128</u> | Minute Entry for proceedings held before Chief District Judge R. Stan Baker: Sentencing held on 11/20/2024 for Bryant Montrais Stubbs. (Court Reporter Kelly McKee.) (Southern Oaks CR1.) (pmh) (Entered: 11/20/2024) |
| 11/21/2024 | <u>129</u> | Notice of Post-Conviction Consultation Certification (Langlois, Ryan) (Entered: 11/21/2024) |
| 12/04/2024 | <u>130</u> | Statement of Reasons as to Bryant Montrais Stubbs (pts) (Entered: 12/04/2024) |
| 12/04/2024 | <u>131</u> | JUDGMENT as to Bryant Montrais Stubbs (1), Count 1, TS, 3yrs SR, $100sa; Count(s) 2-5, Dismissed. Signed by Chief District Judge R. Stan Baker on 12/4/24. (loh) (Entered: 12/04/2024) |