GAS 442 (Rev. 10/24) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) Case No. | 4:22CR00118-1 |
| | ) | |
| | ) | |
| | ) | |
| Bryant Montrias Stubbs | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Bryant Montrias Stubbs

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
See attached 12C Petition for Warrant

Date: 5/23/2025

_Karen J. Mitchell_
Issuing officer's signature

City and state:   Brunswick, GA

Karen J. Mitchell, Deputy Clerk
Printed name and title

---

**Return**

This warrant was received on *(date)* 5/23/25, and the person was arrested on *(date)* 5/29/25
at *(city and state)* Macon, GA

Date: 5/29/25

_signature_
Arresting officer's signature

DUSM JUSTIN CHILDS
Printed name and title